AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
для the
SOUTHERN DISTRICT OF TEXAS

JUL 15 2016

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-16-1335-M |
| Lamberto MONSIVAIS-Flores (YOB: 1986)<br>Mexican Citizen | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___7/15/2016___ in the county of ___Starr___ in the ___SOUTHERN___ District of ___TEXAS___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 190.50 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On July 15, 2016 at approximately 7:45 a.m., Rio Grande City Border Patrol (BP) Agents near Rio Grande City, Texas were conducting line watch duties and responded to an alert regarding several subjects that were observed carrying bundle-like objects near an area known as "Water Plant". When BP Agents arrived at the area, they observed six large bundles abandoned on a road where the subjects were last seen going south. At this time, BP Agents observed three subjects running south, approximately 600 yards from the bundles. One of the subjects was observed wearing grey shorts and a blue life jacket, running in a northwest direction. BP Agents alerted a nearby Department of Public Safety (DPS) Trooper (Cont. on Attachment I)

☑ Continued on the attached sheet.

_____
Complainant's signature

Ashley Brazelton, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: July 15, 2016  4:26 pm

_____
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, Magistrate Judge
Printed name and title

ATTACHMENT I

(cont.) of the subject's direction of travel. The DPS Trooper then observed the same subject and with the assistance of another BP Agent, apprehended the subject, later identified as Lamberto MONSIVAIS-Flores (DOB: 10/27/1986).

On the same date, Drug Enforcement Administration (DEA) Agents responded to the Rio Grande City Border Patrol station to interview MONSIVAIS-Flores. MONSIVAIS-Flores was read his rights in his preferred language of Spanish, acknowledged his rights, and agreed to speak with Agents. MONSIVAIS-Flores stated that the day before, on Thursday July 14, 2016, that there is no legitimate work in his area of locality (Camargo, Mexico) and that he needed money. MONSIVAIS-Flores stated that he approached a neighbor of his and specifically asked if the neighbor had any work for him (MONSIVAIS-Flores). When Agents asked MONSIVAIS-Flores to specify what type of work he (MONSIVAIS-Flores) was seeking, MONSIVAIS-Flores stated transporting marijuana into the United States. MONSIVAIS-Flores stated that his neighbor did have work for him (MONSIVAIS-Flores) and in exchange for an unspecified amount of monetary payment told him (MONSIVAIS-Flores) to cross with a bundle of marijuana the following day. MONSIVAIS-Flores stated that he and six other subjects crossed the Rio Grande River in an inflatable raft. MONSIVAIS-Flores stated that his neighbor and neighbor's friend were also present crossing bundles with him (MONSIVAIS-Flores). MONSIVAIS-Flores stated that when they arrived in the United States, six subjects each carried a bundle and one subject acted as the guide.